UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: Camille Hayes,　　　　　　　　　　　　　Case No. 11−33860−svk
　　　　　　　　　　Debtor.　　　　　　　　　　Chapter 7

## NOTICE REQUIRING FILING OF CREDIT COUNSELING CERTIFICATE

The Debtor filed a chapter 7 petition on September 8, 2011 and on Exhibit D to the Petition, checked the box stating that the Debtor had received a briefing from a credit counseling agency, but did not have the certificate from the credit counseling agency.

**If the Debtor fails to file the certificate from the credit counseling agency on or before September 22, 2011, this case is subject to immediate dismissal.**

This Notice is in addition to any other Orders or Notices of Deficiency in the Debtor's case.

You should discuss this Notice with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. The Court's website, www.wieb.uscourts.gov has information concerning the Pro Se Bankruptcy Help Desk for those who do not have an attorney.

Dated: September 9, 2011　　　　　　　　　　**JANET L. MEDLOCK**
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　By:　Sara H.
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

## CERTIFICATE OF SERVICE

I, Sara H., Deputy Clerk, United States Bankruptcy Court for the Eastern District of Wisconsin, hereby certify that a copy of this Notice was, on this date, mailed by first class mail to the Debtor at the address given in the petition in accordance with the Federal Rules of Bankruptcy Procedure.

ELECTRONIC MAIL RECIPIENTS:
Office of the U.S. Trustee

CONVENTIONAL MAIL RECIPIENTS:
Camille Hayes
5800 North 37th Street
Milwaukee, WI 53209