**JOHN M. SCAFFIDI**
**TRUSTEE**
P.O. Box 11975
Milwaukee, Wisconsin 53211

PLEASE REPLY C/O
P.O. BOX ONLY

**TELEPHONE**
**(414) 963-9303**
**FAX # (414) 963-1376**

EMAIL: JMScaffidi@rsmlaw.com

4701 N. Port Washington Rd.
Milwaukee, WI 53212

September 22, 2011

CLERK – U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
Room 126, U.S. Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202

      Re:  CAMILLE HAYES
      Bankruptcy No. 11-33860-svk

To Whom It May Concern:

I am submitting this letter as a comment relative to the debtor's application for Waiver of Filing Fee.

First of all, I note that the schedules have not yet been filed. It appears that the Credit Counseling Certificate may not have been filed as well.

I have been in contact with the debtor. The debtor appears to be working. In addition, I have received the debtor's 2009 and 2010 federal and state tax returns. As to the 2009 returns, the debtor received a total tax refund of $7,371.00.

As to the 2010 return, she received a total refund of $8,562.00. This is with the assumption that said refunds were not seized by any particular government agency.

Please contact the undersigned if there are any problems or questions relative to the above.

Very truly yours,

John M. Scaffidi, Trustee

JMS:lmp

cc:  Camille Hayes
     5800 N. 37th Street
     Milwaukee, WI 53209