THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: September 27, 2011

Honorable Susan V. Kelley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| IN RE: Camille Hayes, | Case No. 11−33860−svk |
|---|---|
| Debtor. | Chapter 7 |

**ORDER DISMISSING CASE**

 The Debtor filed this case without filing a Certificate of Counseling showing that the Debtor had obtained the pre−filing credit briefing required by Bankruptcy Code § 109(h). Due notice was given to the Debtor of this deficiency, and the Debtor failed to file the required certificate.

 The Court therefore ORDERS that this bankruptcy case is DISMISSED, effective immediately. The Debtor may file a new case, but before doing so, the Debtor must obtain a pre−filing credit briefing or otherwise comply with the credit counseling requirements.

#####